UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-CR-00430 JAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFFREY ALLEN BARNES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | RELATED CASE ORDER |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:11-CR-00270 WBS |
| v. ) | |
| ) | |
| JEFFREY ALLEN BARNES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under

PDF created with pdfFactory trial version www.pdffactory.com

1  Local Rule 123 merely has the result that these actions are
2  assigned to the same judge; no consolidation of the actions is
3  effected.
4      IT IS THEREFORE ORDERED that the action denominated 2:11-CR-
5  00270-WBS be reassigned to Judge John A. Mendez for all further
6  proceedings, and any dates currently set in this reassigned case
7  only are hereby VACATED.  Henceforth, the caption on documents
8  filed in the reassigned cases shall be shown as 2:11-CR-00270-JAM.
9      IT IS FURTHER ORDERED that the Clerk of the Court make
10 appropriate adjustment in the assignment of civil cases to
11 compensate for this reassignment.
12     IT IS SO ORDERED.
13 Dated: July 7, 2011
14                                  /s/ John A. Mendez_____
15                                  U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com