WILLIAM E. BONHAM
Attorney at Law, SBN: 55478
916 Second Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
billbonham@mylaw.comcastbiz.net

Attorney for Defendant: Jeffery Allen Barnes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JEFFERY ALLEN BARNES. <br> Defendants. | CASE NO: 2:11-CR-00270 JAM <br><br> STIPULATION AND ORDER TO CALENDAR |

The defendant, Jeffery Allen Barnes, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the Court put the above captioned matter on calendar for a status conference on Tuesday, August 2, 2011 at 9:30 am.

This matter was reassigned from the Honorable William B. Shubb pursuant to a related case order filed July 7, 2011 and all of the previously scheduled court dates were vacated.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to the needs of counsel for continued case preparation and ongoing plea and

1

PDF created with pdfFactory trial version www.pdffactory.com

sentencing negotiations from Thursday, July 7, 2011 to Tuesday, August 2, 2011. Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Jared Dolan to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the above captioned matter should be put on calendar for a Status Conference for defendant Jeffery Allen Barnes on Tuesday, August 2, 2011 at 9:30 am.

Dated: July 14, 2011

BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM E. BONHAM for
JARED DOLAN
Assistant U.S. Attorney

Dated: July 14, 2011

By:/s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
Jeffery Allen BARNES

2

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

IT IS SO ORDERED THAT THE above captioned matter is to be put on calendar on Tuesday, August 2, 2011 at 9:30 am for a Status Conference for defendant Jeffery Allen Barnes due to the recent reassignment. Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for continued case preparation and ongoing plea/ sentencing negotiations, from July 7, 2011 up to and including August 2, 2011 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated: July 15, 2011

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com