WILLIAM E. BONHAM
Attorney at Law, SBN: 55478
916 Second Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
billbonham@mylaw.comcastbiz.net

Attorney for Defendant: Jeffery Allen Barnes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO: 2:11-CR-00270 JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JEFFERY ALLEN BARNES. | ) | |
| Defendants. | ) | |

The defendant, Jeffery Allen Barnes, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the Court continue the status conference in the above entitled matter from Tuesday, October 4, 2011 at 9:30 am to Tuesday, October 11, 2011 at 9:30 am.

The continuance is being requested to allow counsel time to review a plea offer that is being provided Monday, October 3, 2011 by AUSA Dolan and to confer with his client.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to the needs of counsel for continued case preparation and ongoing plea and

1

PDF created with pdfFactory trial version www.pdffactory.com

sentencing negotiations from Tuesday, October 4, 2011 to Tuesday, October 11, 2011.  Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Jared Dolan to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Jeffery Allen Barnes should be continued to Tuesday, October 11, 2011 at 9:30 am.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a Speedy Trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: October 3, 2011

BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM E. BONHAM for
JARED DOLAN
Assistant U.S. Attorney

Dated: October 3, 2011

By:/s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
Jeffery Allen BARNES

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

IT IS SO ORDERED.  The status conference for defendant Jeffery Allen Barnes is continued from Tuesday, October 4, 2011 at 9:30 am to Tuesday, October 11, 2011 at 9:30 am.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and ongoing plea/ sentencing negotiations.  Accordingly, time is excluded under the Speedy Trial Act from October 4, 2011 through and including October 11, 2011 pursuant to Local Code T4 and 18 U.S.C. Section 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h) (7)(A).

Dated: October  3, 2011

/s/ John A. Mendez_____

HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com